FILED
2009 Apr-15 PM 01:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **BOBBY JOE YEAGIN,** | ] |
| | ] |
| **Petitioner,** | ] |
| | ] |
| vs. | ] 1:08-CV-567-VEH-RRA |
| | ] |
| **WARDEN CONSTANCE REESE and** | ] |
| **THE UNITED STATES OF AMERICA,** | ] |
| | ] |
| **Respondents.** | ] |

## MEMORANDUM OPINION

This is a habeas corpus petition brought pursuant to 28 U.S.C. § 2241. The magistrate judge entered a report and recommendation recommending that the respondent's motion to dismiss be granted and that the action be dismissed. Objections have been filed. The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

**DONE** this the 15th day of April, 2009.

/s/ VEHopkins
_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge